B1 (Official Form 1) (12/11)

## United States Bankruptcy Court
## Distsrict of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> NATIONAL PROMOTERS AND SERVICES, INC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 66-0425929 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State) <br> 425 MUÑOZ RIVERA AVE. <br> SAN JUAN, PR <br> ZIPCODE 00918 | Street Address of Joint Debtor (No. and Street, City, and State) <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: <br> San Juan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other REAL ESTATE ADMINISTRATION

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **NATIONAL PROMOTERS AND SERVICES, INC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>NATIONAL PROMOTERS AND SERVICE, INC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ Carmen D. Conde Torres*
Signature of Attorney for Debtor(s)
CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)
C. Conde & Assoc.
Firm Name
254 San Jose Street
Address
Suite 5 San Juan, PR 00901-1523

787-729-2900
Telephone Number
FEBRUARY 15, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Carlos Benitez Rivera*
Signature of Authorized Individual
CARLOS BENITEZ RIVERA
Printed Name of Authorized Individual
PRESIDENT
Title of Authorized Individual
FEBRUARY 15, 2012
Date

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

## CORPORATE RESOLUTION

I, Rafael R. Ríos, of legal age, married, Secretary of National Promoters and Services, Inc., and resident of Bayamón, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on February 14th, 2012, the Board of Directors of National Promoters and Services, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Carlos Benitez Rivera will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 15th day of February, 2012.

National Promoters and Services, Inc.

By: _____
Rafael R. Ríos, Secretary

Affidavit No. 577

Sworn and signed before me by Rafael R. Ríos, of legal age, married, Secretary of National Promoters and Services, Inc., and from the vicinity of Bayamón, Puerto Rico, who is personally known to me.

Today 15th day of February, 2012 at San Juan, Puerto Rico.

_____
Notary Public

B203
12/94

# United States Bankruptcy Court
## Distsrict of Puerto Rico

In re NATIONAL PROMOTERS AND SERVICSE, INC        Case No. _____

                                                 Chapter    11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ __20,000.00__

   Prior to the filing of this statement I have received ................................................. $ __20,000.00__

   Balance Due ............................................................................................................. $ ____0.00____

2. The source of compensation paid to me was:

   [V] Debtor         [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor         [V] Other (specify)   CARLOS BENITEZ RIVERA

4. [V] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   $300.00 p/h for Carmen D. Conde Torres plus cost and expenses;
   $275.00 p/h for Associates plus cost and expenses;
   $250.00 p/h for Junior Attorneys plus cost and expenses;
   $150.00 p/h for Legal Assistance such As Paralegal, in house special clerical services or Accounting Analyst plus cost and expenses.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

__FEBRUARY 15, 2012__                                        _/s/ [signature]_
Date                                                          Signature of Attorney

                                                              C. Conde & Assoc.
                                                              Name of law firm

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

# UNITED STATES BANKRUPTCY COURT
## Distsrict of Puerto Rico

In re   NATIONAL PROMOTERS AND SERVICSE, INC   ,
                              Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| VIGILANTES<br>623 PONCE DE LEON<br>SUITE 204<br>HATO REY, PR 00919 | | | | 55,265.76 |
| TELEFONICA EMPRESAS<br>PO BOX 70325<br>SAN JUAN, PR 00936-8325 | | | | 20,932.40 |
| C.M.S. INC.<br>URB. SUMMIT HILL 1671<br>CALLE ASOMANTE<br>SAN JUAN, PR 00920 | | | | 17,485.25 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NATIONAL PREMIUM FINANCE CO. PO BOX 366107 SAN JUAN, PR 00936-6107 | | | | 14,983.48 |
| ACP ARNALDO COLON PADILLA CPA, PSC PO BOX 20417 SAN JUAN, PR 00928-0417 | | | | 6,525.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES PO BOX 371887 PITTSBURGH, PA 15250-7887 | | | | 3,199.60 |
| CREATING, INC. 425 AVE, MNOZ RIVERA SAN JUAN, PR 00918 | | | | 1,230.90 |
| EVERTEC INC. PO BOX 364527 SAN JUAN, PR 00936-4527 | | | | 1,005.00 |
| KEVANE GRANT THORNTON, LLP 33 CALLE BOLIVIA SUITE 400 SAN JUAN, PR 00917-2013 | | | | 896.50 |
| DTC INTELIGENT SECURITY SUITE 112-289 100 GRAN BULEVAR PASEOS SAN JUAN, PR 00926 | | | | 275.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| XEROX<br>PO BOX 299075<br>LEWISVILLE, TX 75029 | | | | 260.42 |
| FIDDLER GONZALEZ & RODRIGUEZ<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 | | | | 228.92 |
| TONER PLUS OF PR. INC<br>P BOX 141<br>BAYAMON, PR 00960-0141 | | | | 222.02 |
| APONTE PEDRAZA LAW OFFICE<br>PO BOX 192276<br>SAN JUAN, PR 00919-2276 | | | | 218.11 |
| THE LOYALTY CONSULTING SERVICE, INC<br>PO BOX 195679<br>SAN JUAN, PR 00919 | | | | 140.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

Document Page 9 of 13

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   FEBRUARY 15, 2012

Signature _____
CARLOS BENITEZ RIVERA,
PRESIDENT

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08510

```
ACP ARNALDO COLON PADILLA CPA PSC
PO BOX 20417
SAN JUAN PR  00928-0417


APONTE PEDRAZA LAW OFFICE
PO BOX 192276
SAN JUAN PR  00919-2276


CMS INC
URB SUMMIT HILL 1671
CALLE ASOMANTE
SAN JUAN PR  00920


CARLOS M BENITEZ RIVERA
425 AVE MUOZ RIVERA
SAN JUAN PR  00918


CARLOS M BENITEZ INC
AVENIDA HOSTOS NO 451
SAN JUAN PR 00918


CREATING INC
425 AVE MNOZ RIVERA
SAN JUAN PR 00918


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


DEPARTMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020
```

```
DTC INTELIGENT SECURITY
SUITE 112-289
100 GRAN BULEVAR PASEOS
SAN JUAN PR   00926


EVERTEC INC
PO BOX 364527
SAN JUAN PR   00936-4527


FIDDLER GONZALEZ   RODRIGUEZ
PO BOX 363507
SAN JUAN PR   00936-3507


FIRSTBANK DE PR
COMMERCIAL CREDIT DEPARTMENT
PO BOX 9146
SANTURCE PR   00908


FONDO DEL SEGURO DEL
ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


IRS
MERCANTIL PLAZA BUILDING
2 PONCE DE LEON AVE ROOM 914
SAN JUAN PR 00918


IRS
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326


KEVANE GRANT THORNTON LLP
33 CALLE BOLIVIA
SUITE 400
SAN JUAN PR   00917-2013


NATIONAL PREMIUM FINANCE CO
PO BOX 366107
SAN JUAN PR   00936-6107
```

```
PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH   PA    15250-7887


TELEFONICA EMPRESAS
PO BOX 70325
SAN JUAN PR 00936-8325


THE LOYALTY CONSULTING SERVICE INC
PO BOX 195679
SAN JUAN PR   00919


TONER PLUS OF PR INC
P BOX 141
BAYAMON PR   00960-0141


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 00902-0192


VIGILANTES
623 PONCE DE LEON
SUITE 204
HATO REY PR   00919


VIOLA R BENITEZ
425 AVE MUOZ RIVERA
SAN JUAN PR   00918


XEROX
PO BOX 299075
LEWISVILLE   TX   75029
```

# UNITED STATES BANKRUPTCY COURT
## Distsrict of Puerto Rico

In re   NATIONAL PROMOTERS AND SERVICSE, INC   ,
                    Debtor

Case No. _____

Chapter    11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date   FEBRUARY 15, 2012

Signature   _____
CARLOS BENITEZ RIVERA,
PRESIDENT

Carmen D. Conde Torres
C. Conde & Assoc.
254 San Jose Street
Suite 5
San Juan, PR 00901-1523
787-729-2900
787-729-2203