### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NATIONAL PROMOTERS AND SERVICES, INC.<br><br>DEBTOR | CASE NO. 12-01076<br><br>CHAPTER 11 |

### DEBTOR'S INFORMATIVE MOTION

**COMES NOW**, National Promoters and Services, Inc., Debtor herein, through the undersigned legal representation, and very respectfully STATES and PRAYS:

1. This bankruptcy petition was filed on this same date. In accordance with L. B. R. 1002-1(c) the corporate resolution of the company, with the corresponding signature and embossed seal was duly filed.

2. The seal of the corporation is not an ink seal, but an embossed seal, therefore its difficult to view it through the electronic filing.

3. The undersigned attorney informs this Honorable Court that the original corporate resolution of the company with the corresponding signature and embossed seal is in our office and is available, if it is necessary.

**WHEREFORE** it is very respectfully requested from this Honorable Court to take notice of the above stated.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 15th day of February, 2012.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties

appearing in said system, including U.S. Trustee.

           **C. CONDE & ASSOC.**
           254 SAN JOSE STREET, SUITE 5
           SAN JUAN, PR 00901-1523
           Tel. 787-729-2900; Fax. 787-729-2203
           Email: condecarmen@microjuris.com

           /s/ Carmen D. Conde Torres
           **CARMEN D. CONDE TORRES, ESQ.**
           **USDC 207312**